SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

March 17, 2015

Bruce Y. Montgomery
#1902424 TDCJ
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 31 2015

CHRISTOPHER A. PRINE

**RE:**   **Court of Appeals Number:** 01-12-00974-CR    **Trial Court Case Number:** 12095

**Style:** The State of Texas v. Bruce Y. Montgomery

We are forwarding the following via Lone Star Overnight (air bill tracking # ZS283147):

 Copy of Appellee's Brief

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

RETURN RECEIPT

Received by _Bruce Y. Montgomery_ _____ Date Received ___03/24/2015___

Bruce Montgomery #1902424
McConnell Unit
3001 S. Emily Dr.
Beeville Tx. 78102

ANTONIO TX 780
GRANDE DISTRICT
NAR 2015 PM 3 L



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAR 3 1 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals
First District
301 FANNIN Street
Houston, Tx. 77002-2066

7700282066